Evans *v.* Evans, Appellant.

Argued June 18, 1974. *J. Flynn,* with him *Robert M. Going,* and *Zimmerman & Going,* for appellant; *John F. Pyfer, Jr.,* with him *Xakellis, Perezous & Mongiovi,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly granted a divorce in this case.

Gateway Insurance Company, Appellant, *v.* Key.

Argued June 13, 1974. *James M. Peck,* with him *Edward L. Edelstein,* and *Goodis, Greenfield, Henry, Shaiman & Levin,* for appellant; *Bernard M. Gross,* with him *Gross & Sklar,* for appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

Giannone, Appellant, *v.* Dalle.

Argued June 13, 1974. *Cheryl Furey,* with her *Allen L. Feingold,* and *A. L. Feingold Associates,* for appellant; *William H. Kinkead, III,* with him *Wright, Spencer, Manning & Sagendorph,* for appellee.

Judgment affirmed.